# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **Kym B. Himler and Michael T. Himler** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **Case No. 4:23-cv-254** |
| **v.** | § | |
| | § | |
| **Planet Home Lending, LLC** | § | |
| | § | |
| **Defendant.** | § | |

## DEFENDANT PLANET HOME LENDING'S AMENDED EXHIBIT 1

Defendant Planet Home Lending files this amended exhibit 1 to its removal [1], in compliance with the court's order [4].

Plaintiff's Original Petition and Application for Temporary Restraining Order.............................1

Date: March 15, 2023

Respectfully submitted,

*/s/ C. Charles Townsend*
C. Charles Townsend, SBN: 24028053
ctownsend@hinshawlaw.com
 *--Attorney in Charge*
Taylor D. Hennington, SBN: 24116508
thennington@hinshawlaw.com
**HINSHAW & CULBERTSON, LLP**
2001 Ross Avenue, Suite 700
Dallas, Texas 75201
Telephone: 945.229.6390
Facsimile: 312.704.3001

**ATTORNEYS FOR DEFENDANT**

## <u>CERTIFICATE OF SERVICE</u>

A true and correct copy of this document was served on March 15, 2023 as follows:

**<u>Via ECF</u>**
D. Kimlberli Wallace
KW Law Firm
1560 E. Southlake Blvd., Suite 100
Southlake, Texas 76092
kwallace@kwlawfirm.net
*Plaintiffs' Counsel*

*/s/ C. Charles Townsend*
C. Charles Townsend